IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIONEL O. ROBERTS and<br>NAOMI ROBERTS,<br>    Plaintiffs,<br><br>v.<br><br>ROBERT Z. ROBERTS and LEE'S<br>SCREEN PROCESS SUPPLY, CO.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-4171 |

## REMAND ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that this case is **REMANDED** to the 280th Judicial District Court of Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED this **9th** day of **March, 2006.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\4171FO.wpd   060309.1107